**Opinion issued August 21, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-18-00511-CV

————————————

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant

## V.

## BRYAN GOULD AND PHILIP STONE, Appellees

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-54326**

---

## MEMORANDUM OPINION

Appellant, Texas Department of Criminal Justice, has filed a motion to dismiss its appeal because the parties have resolved their dispute. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. Appellees have not filed an opposition to the motion.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.